IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROY MUNN, Individually, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-291 |
| v. | |
| RIVERSTREET CAPITAL LLC, a Domestic Limited Liability Company, | |
| Defendant. | |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal signed and filed by counsel for Plaintiff and counsel for Defendant on February 7, 2022, wherein the parties indicate that they have reached a settlement agreement and they therefore stipulate to the dismissal, with prejudice, of "all claims pending or threatened in this matter." (Doc. 9.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 10th day of February, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA